UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE OPERATING
ENGINEERS LOCAL 137, 137A, 137B,
137C & 137R ANNUITY, PENSION,
WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY
FUNDS OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R,

**ORDER**

19 Civ. 8956 (PGG)

Plaintiffs,

- against -

DEMCO, INC.,

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for December 5, 2019 is rescheduled to

**December 12, 2019** at **11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.  Plaintiffs are directed to serve a copy of

this order on defendant by December 4, 2019 and to file proof of service on the docket.

Dated: New York, New York
       December 2, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge